UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | SA CV 22-00304-DOC-(KESx) | Date | August 8, 2022 |
|---|---|---|---|
| Title | Bundoo Khan USA LLC v. Arrehman Arraheem Corporation | | |

| Present: The Honorable | DAVID O. CARTER, UNITED STATES DISTRICT JUDGE |
|---|---|

| Karlen Dubon | None Reported | _____ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF VOLUNTARY DISMISSAL**

  The Court, having been advised by the Plaintiff that this action has been resolved by a Notice of Voluntary Dismissal [34], hereby orders this action dismissed without prejudice. The Court hereby orders all proceedings in the case vacated and taken off calendar.

  Any pending Order to Show Cause is hereby discharged.

  .

_____ : _____

Initials of Deputy Clerk   kdu